# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____ 05-CV-1714-OES

(The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 2 2005

GREGORY C. LANGHAM
CLERK

RODOLFO RIVERA,

       Plaintiff,

v.

TRAVIS CORMANEY, U.S. Probation Officer,
KURT RUNGE, Probation Officer,
CHAD CHADDICK, Parole Officer Division of Adult Parole and Community Corrections,
LARRY STUART, Parole Officer Division of Adult Parole and Community Corrections,
WESLEY WARD, Pathways Director,
RICHARD HERRANEN, Former Pathways Director,
ROSEMARY J. KJELDGAARD, Pathways Counselor,
DIRECTOR, Summit Counseling,
MARION AVOY, Summit Counseling,
HARVEY J. HODGE, PhD, Center of Family and Marital Treatment, and
YVONNE SLETTA, Evaluator Center of Family and Marital Treatment,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, and a Prisoner Complaint. The court has determined that the

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)   __    is not submitted

(2)   __    is not on proper form (must use the court's current form)

(3)   __    is missing original signature by Plaintiff

(4)   __    is missing affidavit

(5)   __    affidavit is incomplete

(6)   __    affidavit is not notarized or is not properly notarized

(7)   __    names in caption do not match names in caption of complaint, petition or application

(8)   __    An original and a copy have not been received by the court. Only an original has been received.

(9)   __    other _____

**Complaint or Petition:**

(10)   __    is not submitted

(11)   _X_    is not on proper form (must use the court's current form)

(12)   __    is missing an original signature by the Plaintiff

(13)   __    is incomplete

(14)   __    uses et al. instead of listing all parties in caption

(15)   __    An original and a copy have not been received by the court. Only an original has been received.

(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __    names in caption do not match names in text

(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _2_ day of _September_ , 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **05-CV-1714-0ES**

Rodolfo Rivera
P.O. Box 274
U.S.A.F Academy, CO 80840


   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on___9-2-05___

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk