IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01714-EWN-MJW

RODOLFO RIVERA,

Plaintiff(s),

v.

TRAVIS CORMANEY, et al.,

Defendant(s).

---

## ORDER DIRECTING SERVICE UPON DEFENDANT KURT RUNGE

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

The pro se plaintiff has filed a "NOTICE TO THE COURT FOR CORRECT ADDRESS (Ex-Parte)" in which he advises that the current address for defendant Kurt Runge is 326 Tejon, Colorado Springs, CO 80903. Based upon this information it is hereby

ORDERED that, if appropriate, the Clerk or the United States Marshal shall attempt to obtain a waiver of service from defendant Runge at the new address provided above pursuant to Fed. R. Civ. P. 4(d). If unable to do so, the United States Marshal shall serve a copy of the Complaint, Summons, Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Runge or his counsel shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: February   , 2006
Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01714-EWN-MJW

Rodolfo Rivera
P.O. Box 274
USAF Academy, CO 80840

US Marshal Service
Service Clerk
Service forms for: Kurt Runge

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Kurt Runge: AMENDED COMPLAINT filed on 09/02/05, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 2-28 06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF Rodolfo Rivera | COURT CASE NUMBER 05-cv-01714-EWN-MJW |
|---|---|
| DEFENDANT Kurt Runge | TYPE OF PROCESS S/C |

| **SERVE** ➡ **AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Kurt Runge |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)* 326 Tejon, Colorado Springs, CO 80903 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Rodolfo Rivera P.O. Box 274 USAF Academy, CO 80840 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

## Personal Service

| Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 02/28/06 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|