IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01714-EWN-MJW

RODOLFO RIVERA,

Plaintiff,

v.

TRAVIS CORMANEY, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED the pro se plaintiff's Motion for Clarification, filed on February 27, 2006 (Docket No. 35), is granted to the extent that the Order to Show Cause issued on February 13, 2006 (Docket No. 21), is vacated.  It is further

ORDERED that in view of the Waiver of Service filed on February 14, 2006 (Docket No. 29), the Order Directing Service Upon Defendant Kurt Runge (Docket No. 38), issued on February 28, 2006, is also vacated.

Date: February 28, 2006