IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01714-EWN-MJW

RODOLFO RIVERA,

Plaintiff,

v.

TRAVIS CORMANEY, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant Sletta's Motion to Strike Plaintiff's Brief in Opposition to Defendant Sletta's Answer, which was filed on April 20, 2006 (Docket No. 54), is granted.  Accordingly, the plaintiff's Brief in Opposition to Answer by Yvonne Sletta, which was filed on April 11, 2006 (Docket No. 52), is hereby stricken.  As this court stated in its Minute Order of March 17, 2006 (Docket No. 44), "[t]here is no response that the Pro Se Plaintiff needs to file with the court concerning defendant Sletta's answer."

Date: April 24, 2006