IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01714–EWN–MJW

RODOLFO RIVERA,

    Plaintiff,

v.

TRAVIS CORMANEY, U.S. Probation Officer,
KURT RUNGE, Probation Officer,
CHAD CHADDICK, Parole Officer Division of Adult Parole and Community Corrections,
LARRY STUART, Parole Officer Division of Adult Parole and Community Corrections,
WESLEY WARD, Pathways Director,
RICHARD HERRANEN, Former Pathways Director,
ROSEMARY J. KJELDGAARD, Pathways Counselor,
DIRECTOR, Summit Counseling,
MARION AVOY, Summit Counseling,
HARVEY J. HODGE, PhD, Center of Family and Marital Treatment, and
YVONEE SLETTA, Evaluator, Center of Family and Marital Treatment,

    Defendants.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on a recommendation of the assigned United States Magistrate Judge" filed July 28, 2006 (#66). The ultimate recommendation is that the case be dismissed. Plaintiff has objected to the recommendation. The standard of review which this court employs in considering a magistrate judge's submissions depends upon whether the matter before the court and magistrate judge is viewed as dispositive or non-dispositive. For dispositive

matters, such as dismissal of the case, a district court assessing a magistrate judge's findings of fact and recommendations for disposition must make a "de novo determination of those portions of the [recommendation] . . . to which objection is made." *See* 28 U.S.C.A. § 636(b)(1) (West 1993); Fed. R. Civ. P. 72(b). "When conducting de novo review, the district court makes its own determinations of disputed issues and does not decide whether the magistrate's proposed findings are clearly erroneous." *Branch v. Martin*, 886 F.2d 1043, 1046 (8th Cir. 1989).

This court has conducted the requisite *de novo* review of the issues, the record, and the recommendation, and Plaintiff's objections. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law, and nothing in the objections persuades that another result is appropriate. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED and adopted as the order of this court..

2. The motion to dismiss (#26) is GRANTED. The case is hereby dismissed with prejudice.

3. All other pending motions are DENIED as moot.

DATED this 25th day of September, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge